Mueller Grain Company, appellee, v. Chicago, Burlington & Quincy Railroad Company, appellant. Gen. No. 6,836.

Action to recover damages for failure to transport and deliver a carload of oats. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed July 16, 1920.

J. A. Connell and Jack, Irwin & Jack, for appellant. Clarence W. Heyl and Harry C. Heyl, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. John Unger, plaintiff in error. Gen. No. 6,775.

Conviction on charge of refusing to act as special deputy sheriff when summoned. Error to the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 12, 1920. Rehearing denied December 2, 1920.

Sidney H. Block and George W. Field, for plaintiff in error. James G. Welch, for defendant in error; Charles H. King, of counsel.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

Daisy Petro, administratrix of estate of John Petro, deceased, defendant in error, v. Walker D. Hines, director general of railroads, plaintiff in error. Gen. No. 6,796.

Action for death of person struck by train at a farm crossing. Judgment for plaintiff. Error to the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 12, 1920.

W. R. Hunter and C. M. Clay Buntain, for plaintiff in error. Augustine J. Bowe and William J. Bowe, for defendant in error.

Mr. Presiding Justice Dibell delivered the opinion of the court.

---

Orin O. Ogle and Tom Haney, appellants, v. Charles H. Ditto, appellee. Gen. No. 6,803.

Action to recover commissions for procuring buyer for farm. Judgment for defendant. Appeal from the Circuit Court of Henderson county; the Hon. Robert J. Grier, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed October 12, 1920.

James W. Gordon and O'Harras, Wood & Walker, for appellants. E. L. Moffett and L. E. Murphy, for appellee.

Mr. Presiding Justice Dibell delivered the opinion of the court.